961 F.2d 1569
 U.S., U.S. Postal Service
v.
Cen-Card Agency/C.C.A.C., Rigatuso (Santo), a/k/a Harris
(Bob), Rigatuso (Diana), Sam-Diana Productions, Inc.,
U.S.Credit Corporation of America, Inc., U.S. Credit Corp.,
Inc., Inc. Incorporated, C.L. Inc. Credit Line, Inc.,
Forever Gold, Nadell Corp., Gold Card 2500 Inc., SantoGold,
Inc., H.F. Inc., Harris Family, Inc., Credit Card
Authorization Center Inc., C.C.A.C. Inc., Cestronics
Products Inc., Fertimer-Bancock, Inc., Melany Aires
 NO. 91-5676
 United States Court of Appeals,
Third Circuit.
 Apr 20, 1992
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED IN PART AND DISMISSED IN PART.